# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130454

WOLTERS REALTY, LTD.,
          Plaintiff-Appellee,

v

SC: 130454
COA: 247228
Allegan CC: 00-028157-CZ

SAUGATUCK TOWNSHIP,
SAUGATUCK PLANNING COMMISSION,
and SAUGATUCK ZONING BOARD OF
APPEALS,
          Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the October 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

p0522